UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Manuel Marmol

v. C.A. No. 07-297S

Michael J. Astrue,
Commissioner, Social Security
Administration

**ORDER**

This matter is hereby referred to Magistrate Judge Lincoln D. Almond for a Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B).

ENTER:

WEM
William E. Smith
U.S. District Judge

BY ORDER:

Baldwin
Deputy Clerk

Date: 12/7/07