UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Manuel Marmol
Plaintiff

v. CA. NO. 07-297S

Michael J. Astrue, Commissioner
of Social Security Administration
Defendant

**ORDER**

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on June 24, 2008, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). No objection having been filed, Commissioner's Motion for an Order Affirming the Decision of the Commissioner is GRANTED and the Plaintiff's Motion to Reverse without a Remand for a Rehearing or, Alternatively, with a Remand for a Rehearing the Commissioner's Final Decision is DENIED.

By Order,

Wendy Seile

Deputy Clerk

ENTER:

WSm

William E. Smith
United States District Judge

Date: 7/17/08