UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**JUDGMENT IN A CIVIL CASE**

Manuel Marmol
Plaintiff

V.

Case Number: C.A. NO. 07-297S

Michael J. Astrue, Commissioner
of Social Security Administration
Defendant

**X Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

**IT IS ORDERED AND ADJUDGED**

**Judgment shall enter for the Defendant, Michael J. Astrue, Commissioner of Social Security Administration against the Plaintiff, Manuel Marmol pursuant to the Court's Order dated July 17, 2008 adopting Magistrate Judge Almond's Report and Recommendation dated June 24, 2008; Granting Commissioner's Motion for an Order affirming the Decision; Denying Plaintiff's Motion to Reverse without a remand for hearing or, alternatively, with a remand for rehearing the Commissioner's Final Decision.**

**BY ORDER:**

**July 22, 2008**
**Date**

Wendy Sisk
**Deputy Clerk**